UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

LEONEL SANCHEZ LAGUNAS,

Plaintiff,

v.

DAVID W. JENNINGS, et al.,

Defendants.

Case No. 21-cv-05657-RS

**ORDER TO SHOW CAUSE**

In this habeas action, Petitioner Leonel Sanchez Lagunas seeks to be released from the custody of Immigration & Customs Enforcement. Defendants are hereby ordered to show cause, no later than August 13, 2021, why the petition should not be granted. Petitioner may file a reply within seven days thereafter. The matter will then be submitted for decision or set for hearing at the Court's discretion.

**IT IS SO ORDERED**.

Dated: July 30, 2021

RICHARD SEEBORG
Chief United States District Judge