UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

LEONEL SANCHEZ LAGUNAS,

Plaintiff,

v.

DAVID W. JENNINGS, et al.,

Defendants.

Case No.  21-cv-05657-RS

**ORDER DISMISSING PETITION FOR HABEAS CORPUS WITHOUT PREJUDICE**

Petitioner requests dismissal of his petition for writ of habeas corpus. Dkt. 55. Pursuant to Fed. R. Civ. P. 41(a)(2), the civil procedure rule governing voluntary dismissals which applies to federal habeas proceedings, the request is considered proper and therefore granted. The petition is dismissed without prejudice.

**IT IS SO ORDERED**.

Dated: February 13, 2026

RICHARD SEEBORG
Chief United States District Judge

United States District Court
Northern District of California